**Order entered September 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01559-CV

### DAWN NETTLES, Appellant

### V.

### GTECH CORPORATION, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14838**

## ORDER

We **GRANT** appellant's unopposed September 2, 2016 motion to extend time to file

reply brief and **ORDER** the reply brief filed no later than September 16, 2016.


/s/      CRAIG STODDART
            JUSTICE